# UNITED STATES BANKRUPTCY COURT
<u>NORTHERN</u> DISTRICT OF <u>ILLINOIS</u>
<u>EASTERN DIVISION</u>

In re: DONALD E. CAMPBELL § Case No. 11-46673
§ Hon. CAROL A. DOYLE
§ Chapter 7
§
Debtor(s)

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ALLAN J. DeMARS, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Application for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
7th Floor
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30am on 08/28/2012 in Courtroom 742, Dirksen Federal Building Courthouse, 219 S. Dearborn Street, Chicago, IL.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 07/30/2012    By: Clerk U. S. Bankruptcy Court
                               (Title of person signing form)

*Trustee's Name:*
ALLAN J. DeMARS

*Trustee's Address:*
100 W. Monroe St.
Suite 910
Chicago, IL 60603

UST Form 101-7-NFR (10/1/2010)

# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: DONALD E. CAMPBELL §
§ Case No. 11-46673
§ Hon. CAROL A. DOYLE
§
§

Debtor(s)

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| *The Final Report shows receipts of* | $5,956.00 |
| *and approved disbursements of* | $7.56 |
| *leaving a balance on hand of* [1] | $5,948.44 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| NONE | | | | | $0.00 |

| | |
|---|---:|
| Total to be paid to secured creditors: | $0.00 |
| Remaining balance: | $5,948.44 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| *Trustee, Fees* | ALLAN J. DeMARS | $1,345.60 | $0.00 | $1,345.60 |
| *Trustee, Expenses* | ALLAN J. DeMARS | $0.00 | $0.00 | $0.00 |
| *Attorney for Trustee, Fees* | | | | |
| *Attorney for Trustee, Expenses* | | | | |
| *Accountant for Trustee, Fees* | | | | |
| *Accountant for Trustee, Expenses* | | | | |
| *Auctioneer, Fees* | | | | |
| *Auctioneer, Expenses* | | | | |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

| | |
|---|---|
| *Charges,* <u>*U.S. Bankruptcy Court*</u> | |
| *Fees,* <u>*United States Trustee*</u> | |
| Other | |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses: | $1,345.60 |
| Remaining balance: | $4,602.84 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Total Requested* | *Interim Payments to Date* | *Proposed Payment* |
|---|---|---|---|
| *Attorney for Debtor, Fees* | | | |
| *Attorney for Debtor, Expenses* | | | |
| *Attorney for            , Fees* | | | |
| *Attorney for            , Expenses* | | | |
| *Accountant for          , Fees* | | | |
| *Accountant for          , Expenses* | | | |
| Other | | | |

| | |
|---|---|
| Total to be paid for prior chapter administrative expenses: | $0.00 |
| Remaining balance: | $4,602.84 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling _____$0.00_____ must be paid in advance of any dividend to general (unsecured) creditors.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| NONE | | | | $0.00 |

Total to be paid for priority claims: $0.00
Remaining balance: $4,602.84

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| NONE | | | | $0.00 |

Total to be paid for timely general unsecured claims: $0.00
Remaining balance: $4,602.84

Tardily filed claims of general (unsecured) creditors totaling $6,063.40 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 75.9 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | BMO Harris Bank, NA | $6,063.40 | $0.00 | $4,602.84 |

Total to be paid for tardily filed general unsecured claims: $4,602.84
Remaining balance: $0.00

UST Form 101-7-NFR (10/1/2010)

     Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling _____$0.00_____ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be ____0____ percent, plus interest (if applicable).

     Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| *Claim No.* | *Claimant* | *Allowed Amount of Claim* | *Interim Payments to Date* | *Proposed Payment* |
|---|---|---|---|---|
| NONE | | | | $0.00 |
| | Total to be paid for subordinated claims: | | | $0.00 |
| | Remaining balance: | | | $0.00 |

                                                Prepared By: /s/ ALLAN J. DeMARS
                                                                                   Trustee

*Trustee's Name:*
ALLAN J. DeMARS

*Trustee's Address:*
100 W. Monroe St. - Suite 910
Chicago, IL  60603

**STATEMENT**:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 11-46673-CAD
Donald E Campbell                                                     Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: choward           Page 1 of 2              Date Rcvd: Jul 30, 2012
                              Form ID: pdf006         Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 01, 2012.
```
db          #+Donald E Campbell,   955 North Lockwood Avenue,    Chicago, IL 60651-2819
19039675     +BMO Harris Bank N.A.,   3800 Golf Rd. Suite 300,   Rolling Meadows, IL 60008-4005
18066458     +Blitt And Gaines, P.C.,   Harris Bank,   661 Glenn Avenue,    Wheeling, IL 60090-6017
18066459     +Bmo Harris Bank,   Po Box 94034,   Palatine, IL 60094-4034
18066454     +Campbell Donald E,   955 N Lockwood Avenue,   Chicago, IL 60651-2819
18066461     +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
18066462     +Cook County Department Of Revenue,   Room 1160,   118 North Clark Street,
               Chicago, IL 60602-1315
18066464     +Resurrection Health Caare,   Saint Mary And Elizabeth Medical Center,   2233 West Division Street,
               Chicago, IL 60622-8151
18066465     +Superior Asset Managem,   1000 Abernathy Rd Ne Ste,   Atlanta, GA 30328-5612
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
18066456     +E-mail/Text: BKRPT@RETRIEVALMASTERS.COM Jul 31 2012 09:30:58     Amca,   2269 S Saw Mill,
               Elmsford, NY 10523-3899
18066463     +E-mail/Text: bankruptcy_notifications@ccsusa.com Jul 31 2012 09:30:58
               Credit Collection Services,   Two Wells Avenue,   Newton, MA 02459-3246
18066455     +E-mail/Text: lawsoliz@sbcglobal.net Jul 31 2012 09:52:40     Juan M Soliz & Associates,
               3203 S Pulaski Road,   Chicago, IL 60623-4920
                                                                                              TOTAL: 3
```
```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18066457    ##Associated Credit Services, Inc.,   105B South St,   Po Box 9100,   Hopkinton, MA  01748-9100
18066460    ##+Cco Mortgage Corp.,   2812 Emerywood Pkwy,   Richmond, VA 23294-3727
                                                                              TOTALS: 0, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 01, 2012**            **Signature:** _/s/ Joseph Speetjens_

```
District/off: 0752-1          User: choward              Page 2 of 2              Date Rcvd: Jul 30, 2012
                              Form ID: pdf006            Total Noticed: 12
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 27, 2012 at the address(es) listed below:
         Allan J DeMars    alland1023@aol.com
         Juan M. Soliz    on behalf of Debtor Donald Campbell lawsoliz@sbcglobal.net
         Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
         TOTAL: 3